IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ILLINOIS STATE PAINTERS WELFARE FUND and PAINTERS DISTRICT COUNCIL #58 FRINGE BENEFIT FUNDS,<br><br>          Plaintiffs,<br><br>     v.<br><br>BELLEVILLE SUPERIOR DRYWALL AND PAINTING, INC. And SALLY SCHAEFFER d/b/a BELLEVILLE SUPERIOR DRYWALL AND PAINTING,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Cause No. 05-CV-662-WDS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MEMORANDUM & ORDER

**STIEHL, District Judge:**

This matter is before the Court on plaintiffs' amended motion for default judgment (Doc. 10). Upon review of the record, the Court **FINDS** that the complaint has been appropriately filed and served upon the defendants, Belleville Superior Drywall and Painting, Inc., and Sally Schaeffer, d/b/a/ Belleville Superior Drywall and Painting, Inc., jointly and that the defendants have not answered or otherwise plead within the statutory time. Accordingly, the Court **GRANTS** plaintiffs' motion for default judgment, and awards to plaintiffs the following amounts:

    1. Thee amount of $75,202.96, which is for the audit liability for the period of October 1, 2004, to June 30, 2005.

    2. Delinquent contributions for the period of July 2005 through February 2006 in the amount of $48,376.85.

    3. Liquidated damages in the amount of $24,047.85.

    4. Audit costs of $1,424.10

    5. Interest in the amount of $1,502.43.

For a total of $150,554.19 less defendants' March 2006 payment of $15,697.76, for a total amount of $134,856.43.   In addition, defendants shall pay plaintiffs' attorney fees in the amount of $8,340.75, pursuant to 29 U.S.C. § 1132(g)(2), and all costs related to these proceedings.

    Accordingly, the Court **ENTERS JUDGMENT** in favor of Illinois State Painters Welfare Fund and Painters District Council #58 Fringe Benefit Funds and against defendants Belleville Superior Drywall and Painting, Inc., and Sally Schaeffer, d/b/a/ Belleville Superior Drywall and Painting, Inc., jointly, in the amount of $134,856.43, plus attorneys fees in the amount of $8,340.75, and all costs of these proceedings.

    Defendants are **FURTHER ORDERED** to perform and continue to perform all of their obligations to plaintiffs, particularly to furnish to plaintiffs all the required contribution reports and payments heretofore referred to, or in lieu thereof, a statement covering the period for which said report is required that defendants had no employees for whom contributions are required to be made.

    **IT IS SO ORDERED.**

    **DATED: July 19, 2006.**

                                  **s/ WILLIAM D. STIEHL**
                                       **DISTRICT JUDGE**