THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ILLINOIS STATE PAINTERS WELFARE ) <br> FUND and PAINTERS DISTRICT COUNCIL ) <br> #58 FRINGE BENEFIT FUNDS, ) <br> ) <br>       Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> BELLEVILLE SUPERIOR DRYWALL AND ) <br> PAINTING, INC. and SALLY SCHAEFFER ) <br> D/B/A BELLEVILLE SUPERIOR DRYWALL ) <br> AND PAINTING, ) <br> ) <br>       Defendants. ) | Case No. 05-662-WDS |

## REPORT AND RECOMMENDATION

Before the Court is plaintiffs' motion to turn over assets (Doc. No. 34).  The motion is unopposed.  Plaintiffs seek an order directing a third party to release funds in execution of the default judgment entered against the defendants on July 19, 2006.

IT IS RECOMMENDED that the motion be GRANTED.  The First National Bank of Millstadt, 3 East Washington, Millstadt, IL, 62260 should be directed to turn over the sums withheld from the savings, checking and/or Now accounts of BELLEVILLE SUPERIOR DRYWALL AND PAINTING, INC., SALLY SCHAEFFER D/B/A BELLEVILLE SUPERIOR DRYWALL AND PAINTING and/or SALLY SCHAEFFER.  The withheld funds should be remitted to plaintiffs by delivery to their counsel:

    Britt W. Sowle
    Cavanagh & O'Hara
    1609 North Illinois Street
    Swansea, IL 62226

**SUBMITTED:**   May 7, 2007  .

                                            *s/ Philip M. Frazier*
                                            **PHILIP M. FRAZIER**
                                            **UNITED STATES MAGISTRATE JUDGE**